

**U.S. Department of Justice**

United States Attorney's Office
District of New Jersey
*Civil Division*

---

*Taylor Dow*
*Assistant United States Attorney*

*970 Broad Street*
*Suite 700*
*Newark, NJ 07102*

*Main: (973) 645-2700*
*Direct: (973) 297-2026*
*taylor.dow@usdoj.gov*

August 5, 2026

<u>**Via Electronic Filing**</u>
Hon. Claire C. Cecchi, U.S.D.J.
United States District Court
Martin Luther King Building
& U.S. Courthouse
50 Walnut Street
Newark, NJ 07101

>    Re:    ***Tabbakh Sayegh v. Soto,*** **No. 26-09132 (CCC)**
>    **Petitioner's Bond Hearing Before an Immigration Judge**

Dear Judge Cecchi:

This Office represents Respondents in the above-referenced habeas matter filed by a noncitizen challenging the legality of his detention by U.S. Immigration and Customs Enforcement ("ICE"). We respectfully write to inform the Court that on July 28, 2026, the Elizabeth Immigration Court conducted a custody redetermination concerning Petitioner pursuant to 8 C.F.R. § 1236. The Elizabeth Immigration Court granted Petitioner's request for a change in custody status and ordered that Petitioner be released from custody on $7,000.00 bond. *See* Ex. A at 3 (July 28, 2026 Order of the Immigration Judge). According to ICE, Petitioner was subsequently released from custody on July 30, 2026.

We respectfully request that the Court close this case and thank the Court for its consideration of this matter

Hon. Claire C. Cecchi, U.S.D.J.
August 5, 2026
Page 2

Respectfully submitted,

ROBERT FRAZER
United States Attorney

By:  *s/ Taylor Dow*
TAYLOR DOW
Assistant United States Attorney
*Attorney for Respondents*

cc:   All counsel of record (*via ECF*)

Encls.

In light of Petitioner's release, the Clerk's
Office is directed to close this matter.
SO ORDERED

*s/Claire C. Cecchi*
CLAIRE C. CECCHI, U.S.D.J.

Date:   8/10/2026